| | |
|---|---|
| 1 | BERSCHLER ASSOCIATES, PC |
| | Arnold I. Berschler, SBN# 56557 |
| 2 | 22 Battery Street, Suite 810 |
| | San Francisco, CA 94111 |
| 3 | Telephone (415) 398 1414 |
| 4 | Attorneys for CARLOS A. E. CABEZAS |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS A. E. CABEZAS, | ) | Civil No. C 05-02095 MJJ |
| plaintiff, | ) | |
| | ) | STIPULATION FOR ORDER MODIFYING CERTAIN DISCOVERY DATES, AND [Proposed] ORDER THEREON. |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | Complaint filed: 5/20/05 |
| defendant | ) | |
| _____ | ) | |

COMES NOW plaintiff CARLOS A. E. CABEZAS, and defendant UNITED STATES OF AMERICA, through their undersigned counsel of record, and stipulate as follows:

1. Trial of this action to this Honorable Court is set for August 21, 2006; a settlement conference in this action is set for June 13, 2006; fact discovery has been ordered cut-off on May 26, 2006; and expert discovery has been ordered cut-off on July 7, 2006.

2. This action is one by a mariner seeking damages for alleged personal injuries.

3. The vessel involved in the complained of action is owned by the defendant United States and operated on its behalf by a private corporation pursuant to contract.

4. Since this action was filed, the vessel's operator has changed, as has the union through which the vessel is crewed. Also, one non-crew, eyewitness' address has proven difficult to obtain.

1  Therefore, certain of the witnesses have not been readily accessible for depositions.
2  5. Since initial disclosures, the parties have supplemented their respective disclosures and
3  conducted discovery, whereby certain lay witnesses remain to be deposed.
4  6. Moreover, in view of the June 13 settlement conference, it may be possible to settle this
5  action without having to depose all known lay witnesses.
6  7. The parties believe that it would be in the interest of a speedy, just and economical resolution
7  of this action were certain of the deadlines to be extended, as follows:
8  a. fact discovery from May 26, 2006 to June 16, 2006
9  b. designation of experts from June 2, 2006 to June 16, 2006
10 c. disclosure of expert reports from June 9, 2006 to June 23, 2006
11 d. supplementation of expert reports from June 23, 2006 to June 30, 2006
12 e. expert discovery from July 7, 2006 to July 14, 2006
13 8. The requested extensions are not expected to affect the pretrial submission schedule, the
14 pretrial conference or the trial date.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 WHEREFORE the parties stipulate and respectfully request that this Honorable Court issue
26
27 STIPULATION FOR ORDER MODIFYING CERTAIN DISCOVERY DATES AND [Proposed] ORDER THEREON
28 [\cabezas[c] v USA\trialarb\discovery s&o.final.m01]     2

an Order extending the dates accordingly.

IT IS SO STIPULATED,

                                                BERSCHLER ASSOCIATES, PC

DATED: May 12, 2006                     /s/
                                       Arnold I. Berschler, attorneys for plaintiff,
                                       CARLOS A. E. CABEZAS

                                       U.S. DEPARTMENT OF JUSTICE
                                       TORTS BRANCH, CIVIL DIVISION
                                       R. Michael Underhill, Attorney in Charge

DATED: May 12, 2006                     /s/
                                       Jeanne Franken, Trial Attorney

                                       Attorneys for Defendant
                                       UNITED STATES OF AMERICA

## ORDER

Upon review of the foregoing Recitals and Stipulation, and Good Cause otherwise appearing therefore,

IT IS ORDERED that the following dates shall, and hereby are, reset, as requested:

    a.    fact discovery will close on June 16, 2006

    b.    expert designations will be made by June 16, 2006

    c.    expert reports will be disclosed by June 23, 2006

    d.    expert reports will be supplemented by June 30, 2006

    e.    expert discovery will close on July 14, 2006

DATED: 5/16/2006                                 /s/ Martin J. Jenkins
                                       UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR ORDER MODIFYING CERTAIN DISCOVERY DATES AND [~~Proposed~~] ORDER THEREON

[\cabezas[c] v USA\trialarb\discovery s&o.final.m01]    3