UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A.E. CABEZAS,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant.<br>_____/ | No. C-05-2095 MJJ (EMC)<br><br>**ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE** |

By letter dated April 24, 2006, the AGENCY REPRESENTATIVE for Defendant United States of America, and R. MICHAEL UNDERHILL, Attorney in Charge, West Coast Branch, U.S. Department of Justice, Torts Branch, Civil Division, through counsel Jeanne M. Franken, U.S. Department of Justice, requested to be excused from personally appearing at the settlement conference scheduled for June 13, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance the AGENCY REPRESENTATIVE for Defendant United States of America and **GRANTS** Defendant's request. Therefore, it is hereby ordered that the AGENCY REPRESENTATIVE for Defendant United States of America be available by telephone from 9:30 a.m. Pacific Time until further notice on June 13, 2006.

Upon consideration of the request that R. MICHAEL UNDERHILL be excused from personally appearing at the settlement conference, the Court **DENIES** Defendant's request and orders R. MICHAEL UNDERHILL to personally appear at the settlement conference on June 13, 2006 at 9:30 a.m.

If the Court concludes that the absence of the AGENCY REPRESENTATIVE for Defendant United States of America is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including the AGENCY REPRESENTATIVE for Defendant United States of America.

IT IS SO ORDERED.

Dated:  June 7, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2