Case 3:05-cv-02095-MJJ Document 157 Filed 07/13/2006 Page 1 of 3
Case 3:05-cv-02095-MJJ Document 157 Filed 07/03/2006 Page 1 of 3

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A.E. CABEZAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. C 05-02095 MJJ<br><br>IN ADMIRALTY<br><br>STIPULATED REQUEST FOR AN EXTENSION IN PRETRIAL DATES, AND ORDER THEREON<br>GRANTED |

    The parties hereto, through the undersigned consents of their attorneys of records, do hereby agree and request that certain pre-trial dates be extended for a short period in order to permit the conclusion of some of the expert witness depositions. No change in the pretrial conference date of August 15, 2006, or the trial date of August 21, 2006, is anticipated. All fact discovery has been concluded, expert reports have been exchanged and expert witness depositions are underway. Most of them will be concluded prior to the present expert discovery deadline of July 13, 2006. A few preservation depositions also remain.

STIPULATED REQUEST FOR AN
EXTENSION IN PRETRIAL
DATES, AND ORDER THEREON      1      Case No. C 05-02095 MJJ

1   Several key expert witnesses, however, cannot be deposed prior to the July 13th
2   deadline due to conflicts in their schedules and those of trial counsel in this case.
3   Approximately 5 expert depositions will remain to be concluded thereafter.
4   Therefore, the parties propose a short further extension in the expert discovery
5   deadline, through and including July 31, 2006. Consequently, the parties respectfully also
6   request a short extension in the filing deadline for the joint pretrial statement, their proposed
7   findings and narrative statements, and the exchange of exhibits from July 26, 2006 to August
8   7, 2006 (8 days before the pretrial conference), and a short extension in the deadline for the
9   filing of motions in limine, exhibit lists and objections to evidence from August 1 to
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

STIPULATED REQUEST FOR AN
EXTENSION IN PRETRIAL
DATES, AND ORDER THEREON           2                    Case No. C 05-02095 MJJ

August 9, 2006 (6 days before the pretrial conference).

IT IS SO AGREED AND STIPULATED:

Dated: 6/28/06

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

/s/ Jeanne Franken
JEANNE M. FRANKEN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

Dated: 6/28/06

/s/ Arnold Berschler
ARNOLD BERSCHLER
Attorney for Plaintiff
Carlos A.E. Cabezas

I hereby certify that the content of the document is acceptable to all person who were required to sign it.

/s/ Jeanne Franken
JEANNE M. FRANKEN

IT IS SO ORDERED this 16 day of July, 2006 in San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR AN
EXTENSION IN PRETRIAL
DATES, AND ORDER THEREON

3

Case No. C 05-02095 MJJ