BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for CARLOS A. E. CABEZAS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. E. CABEZAS,           )<br>                                )<br>           plaintiff,           )<br>                                )<br>v.                              )<br>                                )<br>UNITED STATES OF AMERICA ,      )<br>                                )<br>           defendant            )<br>                                )<br>_____ ) | Civil No. C 05-02095 MJJ<br><br>STIPULATION RE NUMBER OF DEPOSITIONS AND [proposed] ORDER THEREFOR<br><br>Complaint filed: 5/20/05 |

    WHEREAS, the parties were limited by Court Order to six depositions each and the parties now desire to complete the expert depositions and preservation of testimony depositions pending the proposed order of this Court pursuant to an earlier stipulation, and because this action claims for permanent injuries and the number of experts, alone, necessarily was 11, and there were an additional, substantial number of fact witnesses, the parties reasonably require the opportunity to take a total of 22 depositions.

    WHEREFORE, the parties through their respective, below-signing attorneys of record, now STIPULATE and respectfully request that this Honorable Court issue the below-appearing, proposed

//

//

//

STIPULATION RE NUMBER OF DEPOSITIONS AND [proposed] ORDER THEREFOR
[\cabezas[c] v usa\trialatrb\s&o.m03]                    1

order.

IT IS SO AGREED AND STIPULATED:

Dated: July 5, 2006     PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

                        /S/
                        ---
                        JEANNE M. FRANKEN
                        Trial Attorney
                        Torts Branch, Civil Division
                        U.S. Department of Justice

                        Attorneys for Defendant
                        United States of America

Dated: July 5, 2006     /S/
                        ---
                        ARNOLD BERSCHLER

                        Attorney for Plaintiff
                        Carlos A.E. Cabezas

<u>CERTIFICATION</u>

I, ARNOLD I. BERSCHLER, hereby certify that the parties respective, above-listed attorneys of record executed the original, hard copy, of the foregoing document.

DATED: July 5, 2006     /S/
                        ---
                        ARNOLD BERSCHLER

ORDER

IT IS SO ORDERED this __16__ day of __July__, 2006 in San Francisco, California.

_____
MARTIN J. JENKINS,
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE NUMBER OF DEPOSITIONS AND [proposed] ORDER THEREFOR
[\cabezas[c] v usa\trialatrb\s&o.m03]          2