UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS A.E. CABEZAS, | ) Case No. C 05-02095 MJJ |
| | ) |
| Plaintiff, | ) IN ADMIRALTY |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) ORDER |
| | ) |
| Defendant. | ) |
| | ) |

    Defendant, United States of America, having moved, pursuant to Rule 59 of the Fed. R. Civ. Pro., to alter and/or amend the Judgment, and the Court having reviewed the papers submitted in support thereof and good cause appearing, it is therefore

    ORDERED that the motion of the United States to amend and/or alter the Court's Judgment is hereby granted, and it is further

///

| | |
|---|---|
| 1 | ORDERED that Judgment shall be entered in the form proposed herein by the United |
| 2 | States. |
| 3 | |
| 4 | DATED: _1/9/2008_ _____ |
| | UNITED STATES DISTRICT JUDGE |